**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1087**

———————

CLARENCE B. JENKINS, JR.,

       Plaintiff - Appellant,

    v.

OFFICE OF SOUTH CAROLINA GOVERNOR; SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION; SOUTH CAROLINA HUMAN AFFAIRS COMMISSION; SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; SOUTH CAROLINA OFFICE OF INSPECTOR GENERAL; SOUTH CAROLINA SECRETARY OF STATE OFFICE; RICHLAND COUNTY GOVERNMENT,

       Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Jacquelyn Denise Austin, District Judge.  (3:25-cv-07256-JDA)

———————

Submitted:  March 26, 2026                           Decided:  March 31, 2026

———————

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence B. Jenkins, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence B. Jenkins, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing Jenkins's employment-related action without prejudice and without issuance and service of process.[*]  *See* 28 U.S.C. § 1915(e)(2)(B). Jenkins also appeals the district court's text order denying his motions for reconsideration. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Jenkins v. Off. of S.C. Governor*, No. 3:25-cv-07256-JDA (D.S.C. Dec. 8 & 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order is final and appealable because the district court did not grant Jenkins leave to amend his complaint.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).